■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SANTOS, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about June 26, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Friedman, Renwick and Freedman, JJ.